# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 3:25-CR-00026-01** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **BOB GILBERT JR (01)** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## ORDER

After considering the Report and Recommendation of the Magistrate Judge [Doc. No. 47], noting no written and filed objections thereto, and after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and judgment as recommended therein is warranted,

**IT IS ORDERED** that the Motion to Suppress [Doc. No. 34] filed by Defendant, Bob Gilbert, Jr., is **DENIED**.

MONROE, LOUISIANA, this 29th day of December 2025.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE